JOHN A. SQUIRES et al., Respondents, *v.* CONNERS BROTH-ERS CONSTRUCTION COMPANY, Appellant.

*Squires* v. *Conners Brothers Construction Company,* 137 App. Div. 932, affirmed.

(Argued December 12, 1911; decided January 9, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 19, 1910, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action on contract.

*L. N. Southworth* for appellant.

*James Coupe* and *Henry F. Coupe* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and COLLIN, JJ.